Petition12C – Rev. 6/18

☒ FILED  ☐ LODGED

**Oct 08 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

T-Sealed

# UNITED STATES DISTRICT COURT
## for
## Arizona
### Petition for Warrant to Revoke Supervised Release

| | |
|---|---|
| Name of Offender: | **Destiny Ann Finkelstein**  Case No.: **CR-24-01040-002-TUC-JAS (EJM)** |

FILED
2:26 mj237
JUL 16 2026
CLERK U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| Name of Judicial Officer: | **The Honorable James A Soto**  **Senior United States District Judge** |
| Date of Original Sentence: | 8/26/2024 |
| Original Offense: | **Count One (1): Conspiracy to Transport Illegal Aliens for Profit, in violation of Title 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i), a Class C Felony** |
| Original Sentence: | **Three (3) months Bureau of Prisons, with credit for time served; 36 months supervised release** |
| Revocation Sentence: | **6/18/2025: Five (5) months Bureau of Prisons, with credit for time served; 30 months supervised release** |
| Type of Supervision: | **Supervised Release**   Date Supervision Commenced: **8/22/2025**  Date Supervision Expires: **2/21/2028** |
| Assistant U.S. Attorney: | **Akeem D. Earle**  **520-620-7170**   Defense Attorney: **Nicholas William Brereton**  **520-448-5082** |

Petitioning the Court to issue a Warrant to Revoke Supervised Release

The probation officer alleges Destiny Ann Finkelstein has violated the following condition(s) of supervision:

CC: USM, AUSA, Probation

Page 2
RE: Destiny Ann Finkelstein
Petition to Revoke Supervised Release
October 07, 2025

| Allegation | Nature of Noncompliance |
|---|---|
| A | **Standard Condition #5** which states, You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

On September 26, 2025, the probation officer received information that Destiny Ann Finkelstein was unsuccessfully discharged from Dismas Charities, the Residential Re-entry Center (RRC) she was placed at through probation. Finkelstein failed to report to probation as directed and her current whereabouts are unknown, as evidenced by probation officer testimony. Grade C violation. §7B1.1(a)(3)

| B | **Standard Condition #2** which states, After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

On September 26, 2025, Destiny Ann Finkelstein was directed to report to the probation office on September 29, 2025. She did not report as directed and her current whereabouts are unknown, as evidenced by probation officer testimony. Grade C violation. §7B1.1(a)(3)

| C | **Special Condition #5** which states, You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You shall contribute to programming costs in an amount determined by the probation officer. |

On September 26, 2025, Destiny Ann Finkelstein was unsuccessfully discharged from Dismas Charities, a Residential Re-entry Center (RRC) after violating Rule 307, Refusing to Obey an Order of a Staff Member, as is evidenced by Dismas Charities Disciplinary Report. Grade C violation §7B1.1(a)(3).

| D | **Special Condition #1** which states, You must participate as instructed by the probation |

Page 3
RE: Destiny Ann Finkelstein
Petition to Revoke Supervised Release
October 07, 2025

officer in a program of substance abuse treatment, which may include testing for substance abuse. If substance use treatment includes inpatient treatment and you object, the probation officer must seek court authorization first. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

On September 29, 2025, failed to participate in substance abuse treatment as directed when she failed to attend her assessment at Community Bridges Incorporated (CBI) on that date, as evidenced by probation officer testimony. Grade C violation. § 7B1.1(a)(3).

**U.S. Probation Officer Recommendation and Justification**

Destiny Ann Finkelstein has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Destiny Ann Finkelstein's whereabouts are currently unknown and she will likely not appear on a summons.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

| | |
|---|---|
| Jill M. Abril | 10/6/2025 |
| U.S. Probation Officer | Date |
| Office:  520-205-4558 | |
| Cell:  520-870-0982 | |

| | |
|---|---|
| Bobbie Pruitt | 10/6/2025 |
| Supervisory U.S. Probation Officer | Date |
| Office:  520-205-4432 | |
| Cell:  520-850-7845 | |

**Considered by:  The Honorable, James A Soto, Senior United States District Judge**

The Court Orders:

Page 4
RE:  Destiny Ann Finkelstein
Petition to Revoke Supervised Release
October 07, 2025


☐    No Action

☒    The Issuance of a Warrant

☐    The Issuance of a Summons

☐    Other


_____          October 8, 2025
The Honorable James A Soto                                       Date
Senior United States District Judge

AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| United States of America | ) | |
| v. | ) | Case No.   CR-24-01040-002-TUC-JAS (EJM) |
| | ) | |
| | ) | |
| | ) | |
| Destiny Ann Finkelstein | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)*   Destiny Ann Finkelstein                                              ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3583: Violation of Supervised Release

Date:          October 8, 2025

_____
Issuing officer's signature                    s/ Debra D. Lucas, Clerk

City and state:  Tucson, Arizona

Tiffany Dame, Deputy Clerk
Printed name and title

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

cc: USM, AUSA, Probation